■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.— Order of this court entered on October 5, 1961, assigning Bernard Newman, Esq., as counsel for the defendant-appellant, is vacated, and Frederick H. Block, Esq., of 50 Broad Street, New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Bernard Newman, Esq. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.— Order of this court entered on July 13, 1961, assigning Bernard Newman, Esq., as counsel for the defendant-appellant, is vacated, and Frederick H. Block, Esq., of 50 Broad Street, New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Bernard Newman, Esq. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE. Orders of this court, entered on the 13th day of July, 1961 and the 17th day of October, 1961, assigning Bernard Newman, Esq., as counsel for the defendant-appellant, are vacated, and Max Feigin, Esq., of 160 Broadway, New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Bernard Newman, Esq. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ In the Matter of JOANNE WALSH, Respondent. ARTHUR WARNER et al., Respondents-Appellants.— Motion for leave to submit a brief denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ANONYMOUS v. ANONYMOUS.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. This proceeding shall bear the caption "Anonymous v. Anonymous" and that for the purposes of this appeal, and in all aspects thereof, the caption of the above-entitled appeal is amended to read as follows: "Anonymous, Complainant-Appellant vs. Anonymous, Defendant-Respondent". The order entered herein and all of the papers used in connection with and on this appeal are to be sealed from public inspection of the same, and calendars and any other necessary public notice of this appeal are to be published under the title of "Anonymous, Complainant-Appellant vs. Anonymous, Defendant-Respondent." Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.